**MARINER ENERGY, INCORPORATED; Mariner Energy Resources Incorporated, Plaintiffs–Appellees**

v.

**DEVON ENERGY PRODUCTION COMPANY, L.P., Defendant–Appellant.**

No. 12–20147.

United States Court of Appeals, Fifth Circuit.

March 11, 2013.

Bradley Lane DeLuca, Brigid Dolan Ashcraft, Attorney, Johnson, DeLuca, Kurisky & Gould, P.C., Houston, TX, for Plaintiffs–Appellees.

Courtney Elizabeth Hawkins, Edward John Jack O'Neill, Jr., Esq., Brian Kevin Tully, Esq., Pierce & O'Neill, L.L.P., Houston, TX, Jeffrey Scott Levinger, Levinger, P.C., Dallas, TX, for Defendant–Appellant.

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for essentially the reasons given by the district court in its Memorandum and Order filed February 11, 2010, *Mariner Energy, Inc. v. Devon Energy Prod. Co.*, 690 F.Supp.2d 558 (S.D.Tex.2010), and its Memorandum and Order filed August 3, 2011.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.